## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**JAMES D. COLLIER, #K6825**                                        **PLAINTIFF**

**v.**                                        **CAUSE NO. 1:17-cv-223-LG-RHW**

**MDOC RECORDS DEPARTMENT, et al.**                       **DEFENDANTS**

### <u>FINAL JUDGMENT</u>

Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY ORDERED AND ADJUDGED** this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED** this the 6th day of June, 2018.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE